**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| WILLIS FLOYD WILEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-15-1797 |
| | § | |
| CONNS HOME PLUS, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

The Plaintiff, Willis Floyd Wiley, is a frequent litigant.  This case is one of several very similar cases filed against different defendants on the same day.  On November 24, 2015, the court held a hearing in which the parties presented argument on Mr. Wiley's motion for default, (Docket Entry No. 24), the motion to dismiss filed by the defendant, Conns Appliances, Inc., (Docket Entry No. 23), and Mr. Wiley's motion to amend, (Docket Entry No. 25).

Mr. Wiley's motion for default is denied.   Conns has responded to the complaint and actively participated in this litigation.  The motion to dismiss is granted.

Mr. Wiley's motion to amend is denied.  He has failed to allege facts on which a claim for relief under the Americans with Disabilities Act can be based.  Amendment would be futile because he has repeatedly amended without remedying the pleading deficiencies, and the complaint is frivolous.

This case is dismissed, with prejudice.  Mr. Wiley's motion for summary judgment, (Docket Entry No.  27), is denied as moot.

This is a final judgment.

SIGNED on December 2, 2015, at Houston, Texas.

_Lee H. Rosenthal_
Lee H. Rosenthal
United States District Judge